**Order entered January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01325-CV

### JOHN H. CARNEY & ASSOCIATES, Appellant

### V.

### OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02253**

## ORDER

Before the Court is appellant's January 23, 2014 motion to extend time for filing brief. The motion is in response to our January 17, 2014 notice that the brief was overdue. Appellant explains in the motion, and our records confirm, that the notice was sent even though appellant appeals from a bench trial and the reporter's record has not been filed. Appellant seeks an additional thirty days to file the brief. Because the briefing deadline is not triggered until the reporter's record has been filed and, to date, the reporter has not filed the record, it appears our notice was inadvertently sent and no extension is necessary. *See* TEX. R. APP. P. 38.6(a). We **DENY** appellant's motion as premature.

Because the reporter's record is overdue, we **ORDER** Antoinette Reagor, Official Court Reporter of the 68th Judicial District Court, to file the record no later than February 10, 2014.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Ms. Reagor and all parties. We further **DIRECT** the Clerk of the Court to remove the current briefing deadline. The deadline shall be reset once the reporter's record has been filed.

/s/     ELIZABETH LANG-MIERS
JUSTICE